**Order filed September 23, 2020**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-20-00479-CV

—————————

## IN THE INTEREST OF K.J.R. A/K/A K.R. AND K.J.R., CHILDREN

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-02125J**

---

### ORDER

On September 21, 2020, appellant filed a brief, which was rejected because it did not comply with Texas Rule of Appellate Procedure 9.4(j)(4). *See* Tex. R. App. P. 9.4(j)(4). On the same day, we requested that appellant re-file the brief within one business day. Appellant has not re-filed the brief; therefore, no brief is on file with this court. We order appellant's appointed counsel, Angela Elisabeth Ellis, to re-file appellant's brief no later than September 25, 2020. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

PER CURIAM

Panel Consists of Justices Christopher, Jewell, and Zimmerer.